BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MUIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-70169 MEJ |
| Plaintiff, ) | **STIPULATED REQUEST TO CONTINUE APPEARANCE DATE IN BOSTON, MASSACHUSETTS** |
| v. ) | |
| JOHN MUIR ) | |
| Defendants. ) | |

The defendant John Muir was arrested in this district on an out-of-district warrant out of Boston, and was released by this Court on a $25,000 bond co-signed by his mother. The Court ordered Mr. Muir to appear in Boston on March 7, 2011. One of the conditions of the bond was that Mr. Muir surrender his passport to the Court, which he did.

After Court, counsel discovered that the marshals who arrested Mr. Muir seized his drivers license, and then proceeded to send it to his parents' address in New Jersey. Unfortunately, his mother is here in California (because she signed on the bond) and his father has had a surgical procedure which has placed him in the hospital, and which means he cannot get the mail in New Jersey. As a result, Mr. Muir does not presently have a Government ID in his possession, and the airlines will not let him fly on the flight he was scheduled to take on Saturday to return to Boston.

1   As a result, Mr. Muir cannot make his court appearance on Monday, March 7 in Boston.
2   The Assistant United States Attorney in Boston has agreed as a result to continue the Boston
3   court appearance for one week until March 14, 2011, and counsel has asked the Assistant United
4   States Attorney who appeared on this case in this district, Tarek Helou, to sign this stipulation
5   continuing the appearance date in Boston by one week.
6       The parties therefore ask the Court to sign the proposed order accompanying this
7   stipulation.

10  DATED: March 3, 2011                /S/
                                        GEOFFREY A. HANSEN
11                                      Counsel for Mr. Muir

12  DATED: March 3, 2011                /S/
13                                      TAREK HELOU
                                        Assistant United States Attorney

## [~~Proposed~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that the defendant John Muir is hereby ordered to appear in Boston federal court at 11:00 on March 14, 2011 for further proceedings before the duty Magistrate Judge.

DATED: 3/4/11                           _____
                                        EDWARD M. CHEN
                                        United States Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (seal, United States District Court, Northern District of California)

2